PARR LAW GROUP
A Professional Law Corporation
SHAWN R. PARR, ESQ. (SBN: 206616)
150 Almaden Blvd., Suite 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile:  (408) 267-4535

Attorneys for Defendant JEANNETTE GOLD

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEANNETTE GOLD,<br><br>Defendant. | CASE NO.   CV-05-00010 JW<br><br>Hon. James Ware<br><br>STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT OF DEFENDANT JEANNETTE GOLD AND TO VACATE HEARING ON MOTION FOR DEFAULT JUDGMENT AND ORDER SETTING CASE MANAGEMENT CONF.FOR 9/19/05 @ 10AM |

### STIPULATION AND ORDER TO SET ASIDE
### DEFAULT AND FILE RESPONSIVE PLEADING

*Whereas,* the claims asserted herein by Plaintiff DIRECTV, Inc. ("DIRECTV") were first asserted against Defendant Jeannette Gold ("Defendant") in the action entitled *DIRECTV, Inc. v. Ichikawa, et al.,* U.S.D.C., N. D. Cal., Case No. 03-cv-05355-RMW, filed November 26, 2003. Defendant never responded to the Complaint filed in that action;

*Whereas,* pursuant to an order entered in that action requiring Plaintiff to sever its claims against all non-lead defendants, a motion to sever Plaintiff's claims against Defendant was filed in the *Ichikawa* action on August 25, 2004 and granted on November 24, 2004. Pursuant to the Order granting the motion to sever ("Severance Order"), the proof of service of the *Ichikawa* action would be deemed the proof of service of the severed action;

PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500

*STIPULATION TO SET ASIDE DEFAULT OF JEANNETTE GOLD -*
1

CV-05-00011 JW

1  *Whereas*, pursuant to the Severance Order, Plaintiff filed this severed action against Defendant on January 3, 2005 together with the proof of service on Defendant of the Summons and Complaint filed in the *Ichikawa* action. On January 5, 2005, Plaintiff's counsel sent by overnight mail to Defendant the Severed Complaint and related initiating documents and a letter explaining the severance from the *Ichikawa* action and that a response to the Severed Complaint was now due. The letter further stated that Plaintiff's counsel would provide Defendant with twenty days to file a responsive pleading in this action. Plaintiff's counsel never received a response to the January 5, 2005 letter;

*Whereas*, on February 9, 2005, Plaintiff moved for the entry of Defendant's default in this action, which was entered on February 11, 2005 by the clerk of this Court;

*Whereas*, Plaintiff filed a Motion for Default Judgment against Defendant on May 20, 2005, which is set for hearing on June 27, 2005 at 9:30 a.m. before this Court;

*Whereas*, following the filing of the Motion, Plaintiff's counsel was contacted by counsel newly retained by Defendant who asserted that a controversy exists regarding whether service of the Summons and Complaint on Defendant in the *Ichikawa* action was proper; and

*Whereas*, Plaintiff and Defendant (collectively, the "Parties") desire to resolve this controversy without Court intervention and to give Defendant the opportunity to present her defense in this matter and to reimburse Plaintiff for the attorney's fees incurred in prosecuting its claims against Defendant to date;.

*Wherefore*, the Parties, by and through their counsel of record, Suzanne M. Burke of BUCHALTER, NEMER, FIELDS & YOUNGER, and Shawn R. Parr of PARR LAW GROUP, hereby stipulate and agree to the following terms and conditions:

1. That the Motion for Entry of Default Judgment against Defendant filed herein on May 20, 2005 is withdrawn and the June 27, 2005 hearing date may be vacated;

2. That the default entered against Defendant on February 11, 2005 may be set aside, vacated, and ordered of no force and effect;

3. That defendant may have 15 days from the date of entry of an Order on this Stipulation within which to file and serve a responsive pleading; and

PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4525

*STIPULATION TO SET ASIDE DEFAULT OF JEANNETTE GOLD -*   CV-05-00011 JW
2

4. That the Defendant shall reimburse Plaintiff for attorney's fees incurred in prosecuting its claims against Defendant to date in the amount of $1,056.30, upon final resolution of this matter and upon payment terms to be determined between the Parties.

DATED: June 24, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____
Suzanne M. Burke
Attorneys for Plaintiff DIRECTV, Inc.

DATED: June 24, 2005

PARR LAW GROUP

By: _____
Shawn R. Parr
Attorneys for Defendant Jeanette Gold

### ORDER VACATING AND SETTING ASIDE DEFAULT

Having read and considered the Agreement and Stipulation between Defendant JEANNETTE GOLD and Plaintiff DIRECTV, as signed and approved by counsel for both parties, seeking an Order Setting Aside and Vacating the Default entered on February 11, 2005 against Defendant JEANNETTE GOLD pursuant to the terms and conditions listed herein, and good cause appearing to the Court therefor,

IT IS HEREBY ORDERED that the default hereinbefore entered in this action against Defendant JEANNETTE GOLD be and hereby is set aside and vacated.

IT IS FURTHER ORDERED that the Motion for Default Judgment Against Defendant filed herein on May 20, 2005 is withdrawn and the hearing date of June 27, 2005 vacated.

///
PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO SET ASIDE DEFAULT OF JEANNETTE GOLD -*     CV-05-00011 JW
3

IT IS FURTHER ORDERED that Defendant is granted 15 days from the date of entry of this Order to file a responsive pleading.

IT IS FURTHER ORDERED that, upon final resolution of this matter, Defendant shall reimburse Plaintiff for attorney's fees incurred in prosecuting its claims against Defendant to date in the amount of $1,056.30 upon payment terms to be determined between the Parties. A Case Management conference shall be held on Mon.Sept. 19,2005@10am; A Joint Statement shall be filed by 9/9/05.

DATED: 6/24/05

/s/ James Ware
Hon. James Ware
UNITED STATES DISTRICT JUDGE
Northern District of California

PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535