1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER NEMER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: btran@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

*IT IS SO ORDERED — Judge James Ware* (court seal)

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

| | |
|---|---|
| 11  DIRECTV, INC., a California corporation, | Case No.: CV-05-0010 JW |
| 12         Plaintiff, | Hon. James Ware |
| 13         vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JEANNETTE GOLD AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
| 14  JEANNETTE GOLD, | |
| 15         Defendant. | |

16

17    IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18  ("DIRECTV") and Defendant JEANNETTE GOLD, through their respective counsel of record,

19  that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R.

20  Civ. P. 41(a)(1), as to Defendant JEANNETTE GOLD ("Defendant"). Each of said parties to

21  bear its/her own costs and attorneys' fees.

22    The terms of the Confidential Settlement Agreement dated August 3, 2005

23  ("Agreement") entered into between Defendant and DIRECTV require installment payments

24  from Defendant, the last of which is not due to be received until November 2006. If Defendant

25  does not make the payments under the Agreement when due, DIRECTV is authorized to seek the

26  entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of

27  Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The parties

28  therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction

1  over them by this Court and to reference to a Magistrate Judge in this District for the purpose of
2  enforcing the payment terms of the Agreement, including entering a Judgment against Defendant
3  pursuant to the Stipulation.  The parties therefore respectfully request that the Court retain such
4  jurisdiction.

5  DATED: September 9, 2005         Respectfully Submitted,

6                                                          BUCHALTER NEMER
7                                                          A Professional Corporation

8

9                                                          By:_____/s/ Brandon Q. Tran_____
                                                                      Brandon Q. Tran
10                                                         Attorneys for Plaintiff DIRECTV, Inc.

11 DATED: September 9, 2005         PARR LAW GROUP

12

13

14                                                         By:_____/s/ Shawn R. Parr_____
                                                                      Shawn R. Parr
15                                                         Attorneys for Defendant JEANNETTE GOLD

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant JEANNETTE GOLD and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant JEANNETTE GOLD ("Defendant") is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/her own costs and attorneys' fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant to enforce the terms described above of the Settlement Agreement between those parties dated August 3, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: Sept. 12, 2005

/s/ James Ware
Honorable James Ware
United States District Court
Northern District of California

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.